JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RON MAEZ, | No. 2:20-cv-02835-SAB-PJWx |
| Plaintiff, | |
| v. | |
| C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC., | **ORDER DISMISSING ACTION** |
| Defendants. | **[ECF NO. 25]** |

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice, ECF No. 25. The parties ask the Court to dismiss the above-captioned matter with prejudice and with each party to bear its own costs.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court accepts the parties' Joint Stipulation of Dismissal With Prejudice, ECF No. 25.

//
//
//
//
//
//
//

**ORDER DISMISSING ACTION** ~ 1

2. The above-captioned matter is **DISMISSED**, with prejudice and with each party to bear its own costs.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 21st day of January 2021.

_____
Stanley A. Bastian
United States District Court

**ORDER DISMISSING ACTION** ~ 2